FRED O. SEAVER, Respondent, *v.* LINDSAY LIGHT COMPANY, Appellant.

(Submitted May 8, 1922; decided May 12, 1922.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 233 N. Y. 273.)